JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 2/10/07 | RTC-18 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Occupational Safety and Health Administration (OSHA) order involving four appeals pending in three circuits as follows: 11th Cir., D.C. Cir., and 5th Cir. --appealing agency order Standard Governing Occupational Exposure to Cadmium, dated Published in Federal Register on September 14, 1992 (57 Fed.Reg. 42,102) |
| 2/10/07 | RTC-18 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating four appeals that were pending in three circuits in the Eleventh Circuit. Random Selector Patricia D. Howard, and Witness Rose E. Washington  Notified Occupational Safety and Health Administration (OSHA) and clerks in involved circuits. |
| 2/10/14 | RTC-18 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 92/10/07 FROM Occupational Safety and Health Administration (OSHA) w/cert. of svc. |